# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

    Gregery P. Burris
    Kimberely A. Burris

    Debtor(s)

Case No.: 05 B 30772

Chapter: 13

Judge Bruce W. Black

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
     Gregery P. Burris, Kimberely A. Burris, Debtor(s), 403 Swift Avenue, Oglesby, IL 61348
     Robert Follmer, Attorney for Debtor(s), 201 W. Olive St., Bloomington, IL 61701

You are hereby notified that LITTON LOAN SERVICING, LP has made post-petition advances in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage. Debtor also remains due for any post-petition mortgage payments not yet made.

The POC that was filed by LITTON LOAN SERVICING was for arrears of $16,199.16 and the Amended plan filed on 11/30/05 provides for arrears of $9000.00. That the Debtors Attorney attempted to correct the arrears by filing a motion to modify the plan which was heard on 03/28/08 but the order entered did not correct the arrears and only revised the plan payments to increase.

An Agreed Order was also entered on 03/19/08 providing for stip payments of $5123.50 to be paid over 6 months. Debtor has paid $2865 in stip payments and has maintained on going post payments. The remaining $2258.50 needs to be paid before the loan will be post current.

Accordingly, the trustee should pay the entire $16,199.16 in arrears and should not deem this loan current and additional time should be allowed to resolve the Agreed Order entered on 03/19/08.

Pursuant to the terms of the confirmed plan, if no challenge is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 06/16/08 , LITTON LOAN SERVICING, LP's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on June 16, 2008.

          /s/ Jose Moreno
          Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-03852)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.