```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30772
    GREGERY P BURRIS
    KIMBERLEY A BURRIS                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0078    SSN XXX-XX-0553
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/05/05 and confirmed on 12/09/05.

   2.  The case was dismissed after confirmation, 12/12/2008.

   3.  The Debtor paid a total of $ 17588.14 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 9000.00 | .00 | 9000.00 |
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 1853.28 | .00 | 1853.28 |
| CARUS CREDIT UNION | SECURED VEHIC | 1500.00 | 258.91 | 1250.40 |
| ALEJANDRO BERNAL MD | UNSECURED | NOT FILED | .00 | .00 |
| ARTURO TOMAS MD | UNSECURED | NOT FILED | .00 | .00 |
| ATUL SHETH MD | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF OGLESBY | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 1761.41 | .00 | 892.02 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| OTTAWA COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| CONSTANTINO PEVALES MD | UNSECURED | NOT FILED | .00 | .00 |
| COPLEY MEMORIAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY COMPANIES INSURA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| CHETAN CHOKST MD | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GARG MD | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATIONAL FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| HOSPITAL RADIOLOGY SRV | UNSECURED | NOT FILED | .00 | .00 |
| ICS | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY SURGICAL | UNSECURED | NOT FILED | .00 | .00 |

```
IVCS                       UNSECURED       NOT FILED          .00          .00
LASALLE FARM BUREAU        UNSECURED       NOT FILED          .00          .00
MCS                        UNSECURED       NOT FILED          .00          .00
NEELAM GOEL MD             UNSECURED       NOT FILED          .00          .00
OGLESBY PUBLIC LIBRARY     UNSECURED       NOT FILED          .00          .00
PEORIA PULMONARY ASSOC     UNSECURED       NOT FILED          .00          .00
PERU ANESTHESIA            UNSECURED       NOT FILED          .00          .00
RUBEN E SANTOS MD          UNSECURED       NOT FILED          .00          .00
ST MARGARETS HOSPITAL      UNSECURED       NOT FILED          .00          .00
STOR-GALOR SELF STORAGE    UNSECURED       NOT FILED          .00          .00
SUNEEL CHAUDRY MD          UNSECURED       NOT FILED          .00          .00
SYED ZAIDA MD              UNSECURED       NOT FILED          .00          .00
TIEN D CHEN                UNSECURED       NOT FILED          .00          .00
VS TERVIS MD               UNSECURED       NOT FILED          .00          .00
WOMEN'S HEALTH CARE SPEC   UNSECURED       NOT FILED          .00          .00
LASALLE COUNTY COLLECTOR   SECURED              .00           .00          .00
CINGULAR WIRELESS          UNSECURED         549.43           .00       278.24
HARRIS BANK CONSUMER LOA   UNSECURED        2318.31           .00      1174.04
ILLINOIS DEPT REVENUE      PRIORITY           15.26           .00        15.26
ILLINOIS DEPT REVENUE      UNSECURED          57.00           .00        28.87
AMEREN                     UNSECURED         850.63           .00       430.78
       Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 12353.28        15.26       5536.78         .00    17905.32
PRINCIPAL PAID     12103.68        15.26       2803.95         .00    14922.89
INTEREST PAID        258.91          .00           .00         .00      258.91
TOTAL PAID         12362.59        15.26       2803.95         .00    15181.80
```

The Debtor's attorney, OSTLING & ASSOC                , was allowed $   2200.00
and was paid $    600.00   direct and $   1600.00   through the plan.

The Trustee received $     806.34 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/16/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                            PAGE   3
      CASE NO. 05 B 30772 GREGERY P BURRIS & KIMBERLEY A BURRIS
```